UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUL 14 PM 3:05

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-110 |
| Plaintiff, | JUDGE MORRISON |
| vs. | INDICTMENT |
| CARL LAMONT GORDON, JR. | 18 U.S.C. § 922(g)(1) |
| Defendant. | 21 U.S.C. § 841(a)(1) & 841(b)(1)(B)(iii) |
| | FORFEITURE ALLEGATION |

THE GRAND JURY CHARGES:

## COUNT 1
### (Possession of a Firearm by a Prohibited Person)

On or about July 15, 2019, in the Southern District of Ohio, the defendant, **CARL LAMONT GORDON, JR.**, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, specifically a Glock 22, Gen 3, 40 caliber, serial number VVW319, knowing at the time that he had been convicted of one or more of the following crimes, punishable by imprisonment for a term exceeding one year, in the Franklin County Court of Common Pleas, State of Ohio: (1) in case number 03-CR-2259, by a Journal Entry dated on or about December 9, 2003, for Carrying a Concealed Weapon; (2) in case number 04-CR-6509, by a Journal Entry dated on or about November 4, 2005, for the offense of Possession of Drugs; (3) in case number 08-CR-3638, by a Journal Entry dated December 19, 2008, for Having a Weapon While Under a Disability; (4) in case number 10-CR-4143 by a Journal Entry dated December 14, 2010, for the offense of Improper Handling of a Firearm, Carrying a Concealed Weapon and Having a Weapon While Under a Disability.

**In violation of 18 U.S.C. § 922(g)(1).**

## COUNT 2
### (Possession of a Firearm by a Prohibited Person)

On or about December 15, 2019, in the Southern District of Ohio, the defendant, **CARL LAMONT GORDON, JR.,** did knowingly possess, in and affecting interstate and foreign commerce, a firearm, specifically a Taurus PT809, 9mm, serial number TLM88011, knowing at the time that he had been convicted of one or more of the following crimes, punishable by imprisonment for a term exceeding one year, in the Franklin County Court of Common Pleas, State of Ohio: (1) in case number 03-CR-2259, by a Journal Entry dated on or about December 9, 2003, for Carrying a Concealed Weapon; (2) in case number 04-CR-6509, by a Journal Entry dated on or about November 4, 2005, for the offense of Possession of Drugs; (3) in case number 08-CR-3638, by a Journal Entry dated December 19, 2008, for Having a Weapon While Under a Disability; (4) in case number 10-CR-4143 by a Journal Entry dated December 14, 2010, for the offense of Improper Handling of a Firearm, Carrying a Concealed Weapon and Having a Weapon While Under a Disability.

**In violation of 18 U.S.C. § 922(g)(1).**

## COUNT 3
### (Possession with intent to Distribute Cocaine Base)

On or about January 8, 2020, in the Southern District of Ohio, the defendant, **CARL LAMONT GORDON, JR.,** did knowingly, intentionally, and unlawfully possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

**In violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(B)(iii).**

## COUNT 4
### (Possession of a Firearm by a Prohibited Person)

On or about January 8, 2020, in the Southern District of Ohio, the defendant, **CARL LAMONT GORDON, JR.,** did knowingly possess, in and affecting interstate and foreign commerce, firearms, specifically a Taurus PT111 G2, 9mm pistol, serial number TFY66143;a Romarm WASR 10/63, 7.62x39 caliber rifle, serial number 1975FV4744; and a, Walther PPS, 9mm pistol, serial number AW3576, knowing at the time that he had been convicted of one or more of the following crimes, punishable by imprisonment for a term exceeding one year, in the Franklin County Court of Common Pleas, State of Ohio: (1) in case number 03-CR-2259, by a Journal Entry dated on or about December 9, 2003, for Carrying a Concealed Weapon; (2) in case number 04-CR-6509, by a Journal Entry dated on or about November 4, 2005, for the offense of Possession of Drugs; (3) in case number 08-CR-3638, by a Journal Entry dated December 19, 2008, for Having a Weapon While Under a Disability; (4) in case number 10-CR-4143 by a Journal Entry dated December 14, 2010, for the offense of Improper Handling of a Firearm, Carrying a Concealed Weapon and Having a Weapon While Under a Disability.

**In violation of 18 U.S.C. § 922(g)(1).**

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1, 2, and 4 of this Indictment, defendant, CARL LAMONT GORDON, JR., shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in such violation including, but not limited to the following:

1. Glock 22, Gen 3 40 caliber pistol, serial number VVW319 with 26 rounds of ammunition
2. Taurus PT809, 9mm pistol, serial number TLM88011, 2 magazines and 30 rounds of

3

ammunition
3. Taurus PT111G2, 9mm pistol, serial number TFY66143
4. Romarm SR-CUGIR WASR 10/63, 7.62 rifle, serial number 1975FV4744 with 59 rounds of ammunition
5. Walther PPS, 9mm handgun, serial number AW3576 with 8 rounds of ammunition
6. And all assorted ammunitions.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

TRUE BILL.

s/Foreperson /s/
**FOREPERSON**

**DAVID M. DeVILLERS**
**United States Attorney**

Elizabeth A. Geraghty (0072275)
Assistant U.S. Attorney

Jason P. Manning (0073707)
Special Assistant U.S. Attorney